LI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE MANNING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 09 CR 432 |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 21, United States Code |
| ALFRED ALLEN | ) | Section 841(a)(1) |

The UNITED STATES ATTORNEY charges: MAGISTRATE JUDGE SCHENKIER

On or about June 27, 2005, at Chicago, in the Northern District of Illinois, Eastern Division,

ALFRED ALLEN,

defendant herein, knowingly and intentionally distributed a controlled substance, namely, a quantity of mixtures and substances containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

FILED
MAY - 7 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Patrick J. Fitzgerald, by DAG
UNITED STATES ATTORNEY