UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 09 CR 432-1 |
| | ) | |
| ALFRED ALLEN, | ) | Judge Tharp Jr. |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Alfred Allen. The judgment for $9,200.00 has been satisfied. The lien recorded at the Cook County Recorder's Office as document number 1104813039 on February 17, 2011 is hereby released.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By: s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-353-1994
linda.wawzenski@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Alfred Allen
7341 Jackson Avenue
Hammond, Indiana 46324

By: s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-353-1994
linda.wawzenski@usdoj.gov